A CERTIFIED TRUE COPY
FEB 28 2002
ATTEST
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3-6-02
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FEB 12 2002
FILED CLERK'S OFFICE

*DOCKET NO. 1203*

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-88)*** 01-2372 DSD/JMM

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 2,890 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle III.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Harvey Bartle III.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
FEB 28 2002
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

(3)

FILED 3-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# SCHEDULE CTO-88 – TAG ALONG CASES
# DOCKET NO. 1203
# IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

| District | Div | Civil Action # | | |
|---|---|---|---|---|
| ARKANSAS WESTERN | | | | |
| ARW | 5 | 02-5003 | Hennington v. American Home Products Corp., et al. | |
| LOUISIANA EASTERN | | | | |
| ~~LAE~~ | ~~2~~ | ~~02-72~~ | ~~Anderson, et al. v. American Home Products Corp., et al.~~ | opposed 2/27/02 |
| ~~LAE~~ | ~~2~~ | ~~02-73~~ | ~~Boudreaux, et al. v. American Home Products Corp., et al.~~ | opposed 2/27/02 |
| ~~LAE~~ | ~~2~~ | ~~02-74~~ | ~~Acosta, et al. v. American Home Products Corp., et al.~~ | opposed 2/27/02 |
| ~~LAE~~ | ~~2~~ | ~~02-85~~ | ~~Franz, et al. v. American Home Products Corp., et al.~~ | opposed 2/27/02 |
| ~~LAE~~ | ~~2~~ | ~~02-86~~ | ~~Creighton, et al. v. American Home Products Corp., et al.~~ | opposed 2/27/02 |
| ~~LAE~~ | ~~2~~ | ~~02-87~~ | ~~Hart, et al. v. American Home Products Corp., et al.~~ | opposed 2/27/02 |
| ~~LAE~~ | ~~2~~ | ~~02-90~~ | ~~Brice, et al. v. American Home Products Corp., et al.~~ | opposed 2/27/02 |
| ~~LAE~~ | ~~2~~ | ~~02-120~~ | ~~Elstrott, et al. v. American Home Products Corp., et al.~~ | opposed 2/27/02 |
| ~~LAE~~ | ~~2~~ | ~~02-144~~ | ~~Martinez, et al. v. American Home Products Corp., et al.~~ | opposed 2/27/02 |
| LOUISIANA MIDDLE | | | | |
| LAM | 3 | 02-18 | Glenn v. American Home Products Corp., et al. | |
| ~~LAM~~ | ~~3~~ | ~~02-78~~ | ~~Wyre v. American Home Products Corp., et al.~~ | opposed 2/27/02 |
| MINNESOTA | | | | |
| MN | 0 | 01-1886 | Emerson, etc. v. Wyeth-Ayerst Laboratories, et al. | |
| MN | 0 | 01-2372 | Olson v. Wyeth-Ayerst Laboratories, et al. | |
| MN | 0 | 02-6 | Miller, etc. v. Wyeth-Ayerst Laboratories, et al. | |
| MN | 0 | 02-7 | Hage, etc. v. Wyeth-Ayerst Laboratories, et al. | |
| MN | 0 | 02-108 | Ball, et al. v. American Home Products Corp., et al. | |